UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, etc.,
*ex rel.* KEN KRAMER,

    Plaintiff,

v.                                            Case No. 8:08-cv-1917-T-30TBM

WALGREEN CO., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Relator's Notice of Voluntary Dismissal (Dkt. #9). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 10, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2008\08-cv-1917.dismiss 9.wpd